# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-2594-DMG<br>BK # 6:15-bk-20902-MH | Date | February 9, 2016 |
|---|---|---|---|
| Title | *In Re Jon Cenoz* | | |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| KANE TIEN | NOT REPORTED | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW RE: DISMISSAL FOR LACK OF PROSECUTION

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

   X   Statement of Issues

   X   Designation of Record

   X   Notice of Transcript

Appellant is Ordered to Show Cause no later than February 23, 2016, why the appeal should not be dismissed for these deficiencies.  The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

   IT IS SO ORDERED.

                                                                                             : 
                                              Initials of Preparer         CL